```
                                    F I L E D
                              CLERK, U.S. DISTRICT COURT

                                     9/16/2025

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY: _____asi_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JUAN PABLO MUNOZ-HERNANDEZ,<br><br>　　　　　Defendant. | ED CR No. 25-00232(A)-SSS<br><br>**F I R S T**<br>**S U P E R S E D I N G**<br>**I N F O R M A T I O N**<br><br>[18 U.S.C. § 111(a)(1):<br>Assaulting, Resisting, and<br>Impeding a Federal Officer] |

The United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about June 28, 2025, in San Bernardino County, within the Central District of California, defendant JUAN PABLO MUNOZ-HERNANDEZ intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim M.P., an employee of the Department of Homeland Security, United States Immigration and Customs Enforcement, while M.P. was

///

///

engaged in, and on account of, the performance of M.P.'s official duties, and, in doing so, made physical contact with M.P.

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

PETER H. DAHLQUIST
Assistant United States Attorney
Chief, Riverside Branch Office

SONAH LEE
Assistant United States Attorney
Riverside Branch Office