1 **DAVID R. REED, State Bar #62479**
Attorney at Law (Automatictrials@yahoo.com)
2 42-215 Washington St. Suite A-204
Palm Desert, Ca. 92211
3 (760) 333-7975

4 Attorney for: JUAN MUNOZ HERNANDEZ

5 **UNITED STATES DISTRICT COURT**

6 **CENTRAL DISTRICT OF CALIFORNIA**

7
8 UNITED STATES OF AMERICA, )   NO: 5:25 cr-232(A)  SSS
   )
   Plaintiff, )
9   )   EXHIBIT SET 2 OF MR. MUNOZ
   -vs- )   RE: SENTENCING FACTORS
10   )
   JUAN MUNOZ HERNANDEZ, )
11   )   Date:  December 19, 2025
   Defendant )   Time: 10:00 am
12 _____ )

13
14
15
16
   **EXHIBIT SET TWO: LETTERS FOR JUAN MUNOZ**
17
18
...
28

# Zacatlan Motors

To whomever this may concern,

My name is Cesar Charolet owner of Zacatlan Motors used car dealership. I'm writing this letter on behalf of a very hard working man named Juan Pablo Muños, who has effortlessly and tirelessly helped change tires for all of my vehicles in my dealership for a little over two years.

In that time, Juan Pablo has shown himself to be compassionate, hardworking, and a dependable human being. He takes his job very seriously and doesn't let anything stop him or get in his way of doing his work. Every time I've brought my vehicles in to get new tires, he would drop everything and ensure to attend me as soon as possible. He is not only respectful towards me but respectful towards my two sons who also help me at the dealership. Not only does he know the ins and outs of working at the tire shop, but he also makes time to ensure we are comfortable and well attended.

Juan Pablo isn't just someone who works at a tire shop, but he's also a dedicated family man who works tirelessly to provide a better life and future for his wife and children. He is committed to giving his family opportunities he never had and more. His respectful nature, positive attitude, and sense of responsibility have earned not only my respect, but the respect from my two sons.

I believe that Juan Pablo would be a valuable asset to any community. His positive interactions with plenty of customers proves just that. Not only is he dedicated to providing for his family, but his customer service is beyond my expectations. Please feel free to contact me if you require more information at (909) 908-8864 or email me at cesar@charolet.com.

Sincerely,

Cesar Charolet

Owner, Zacatlan Motors

# Garcia's Wheels & Tires

My name is Roberto Garcia, and I own Garcia's Wheels & Tires. I'm writing this letter on behalf of my employee, Juan Pablo Muños, who has worked with me for a little over two and a half years.

In that time, Juan Pablo has shown himself to be a hardworking and dependable person. He takes his job seriously, shows up on time, and gives his full effort every day. He's respectful with customers and easy to work with. I can count on him to do the job right and to help out whenever needed.

Juan Pablo is also a dedicated family man who works tirelessly to provide a better life and future for his children. He is committed to giving his family the opportunities they deserve. His positive attitude, respectful nature, and sense of responsibility have earned the respect of his coworkers, our customers, and myself.

I believe that Juan Pablo would be a valuable asset to any community. He contributes positively not only through his work but also by being a role model of perseverance and dedication. It truly is a pleasure to have him as part of our team. Please feel free to contact me if you require any further information at (909-467-1419)

Sincerely,

Roberto Garcia

Owner, Garcia's Wheels & Tires

Dear,
to whom it may concern my name is Yancy Chapa. I am a dear friend of Juan Pablo Muñoz and the two years I've known him he has never been violent or had any problem with law enforcement. He has been an upstanding citizen and had came here to be a provider to his family. Juan had always been a trustworthy person to me and my family. He's a very caring person and takes care of and will help out those in need even if they were a complete stranger.

*yancy chapa*     626-406-6572

Maria Bartola Haendiges
1364 W. Hollowell St.
Ontario, CA 91762
Home: (909) 391-6956

September 21, 2025

Re:  Juan Pablo Munoz Hernandez

Dear Honorable Judge Sunshine Sykes,

My name is Maria Bartola Haendiges, I have been the landlord of Mr. Juan Pablo Munoz Hernandez for the past two and half years. I am writing to request your leniency regarding the sentencing of Mr. Juan Pablo. It was surprising to hear about his case because it is out of character from what I know him. I understand the seriousness of the charges and hope the court will consider my letter and the concern I have for Mr. Juan Pablo Munoz Hernandez's future.

In my home, I have entrusted and accommodated Mr. Juan Pablo Munoz Hernandez in a one bedroom. He pays five hundred dollars monthly, punctually and without fail. He is a responsible and hard working man on a daily basis. I have known Mr. Juan Pablo to work multiple jobs as needed to navigate his living responsibilities.  He has always demonstrated respect, appreciation and gratitude towards me, my family, and the other tenants in my home. I have never witnessed him to be in a bad mood, under stress or problematic.

When I visited Mr. Juan Pablo Munoz Hernandez, he explained what happened and expressed the remorse he feels for his actions. He simply reacted out of fear, but he understands his mistake and is facing the consequences for it.  I know this will impact his judgment in the future and he will continue to be a better person through all of this.

If I may supplicate that Mr. Juan Pablo Munoz Hernandez's best interest be taken into consideration for his future. I hope my letter is helpful for this matter before passing on any verdict.  Thank you for your time and understanding in this matter.

Sincerely,

*Maria B Haendige*

Maria Bartola Haendiges

**Hector Valdovinos**

200 E Phillips St.

Ontario CA 91761

(909) 545-9366

09/13/2025

RE: Juan Muñoz

Dear Judge Sunshine Sykes

I hope this letter finds you well. I am writing to offer a character reference on behalf of Juan Muñoz, who is currently in custody. I have known Juan for over 5 years as a family friend, and I would like to respectfully share with the court the positive qualities I have seen in him throughout the time I have known him.

Juan has always been a respectful, caring, and dependable individual. He has consistently shown kindness not only to his family and friends. He is someone who values honesty, hard work, and personal responsibility, even in difficult circumstances. He is the type of friend you call when your stuck in an inconvenient situation and will never tell you no.

Throughout our time together, I've seen Juan step up when others needed him. Whether it was helping neighbors with home repairs or offering a listening ear to those going through tough times, Juan has shown empathy and compassion time and again. He is really dedicated to his family, often putting their needs above his own.

I understand the seriousness of the situation, but I truly believe that Juan has the potential for rehabilitation and to make meaningful contributions to society. He has expressed deep remorse for his actions and a sincere desire to learn from his mistakes. I am confident that, given the opportunity, Juan will work hard to turn his life around and prove that he is capable of living as a law-abiding, productive member of the community.

I respectfully ask that you consider these aspects of Juan's character when making your decision. I, along with many others who care about him, am committed to supporting Juan on his journey forward.

Thank you for your time and for considering my perspective.

Sincerely,

Hector Valdovinos - (909) 545-9366

Estefania Valdovinos

602 W Flora St.

Ontario CA 91762

(909) 704-8041

09/16/2023

RE: Juan Pablo Muñoz

Dear Judge Sunshine Sykes,

I Estefania Valdovinos am writing this letter to provide a character reference for Juan Muñoz, who is currently incarcerated. I have had the pleasure of knowing Juan for the past 6 years and can confidently speak great things about his character.

Throughout our friendship I have seen how hard working, responsible, motivated and sincere Pable is. I had the pleasure of meeting him as a family friend but can proudly say I see him as an older brother. He has helped me through many tough times in my life and has always been there with open arms and a huge smile ready to help with what he can.

Pablo is a diligent man who doesn't let anything stop him from doing his best, although he has made this huge mistake, he is now accepting the consequences, and I know he has expressed deep remorse and feels terribly sorry for the actions he caused. I will fully support Jaun in his journey, but I hope this letter helps you consider Juan's aspects in making your decision.

Thank you for your time. If you have any questions or concerns, please feel free to contact me at (909) 704-8041 or estefaniavaldovinos223@gmail.com.

                                                        Estefania Valdovinos

                                                        (909) 704-8041